■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE CASTRO, Defendant, and TONY OQUENDO, Appellant. (And Eight Other Proceedings.) — In proceedings, *inter alia,* to vacate and set aside the forfeiture of cash bail deposits, the appeals are from a judgment of the Supreme Court, Kings County, entered June 10, 1983, and eight judgments of the same court each entered October 25, 1983, which denied petitioners' applications and dismissed the proceedings.

Judgments affirmed, without costs or disbursements, for reasons stated by Justice Yoswein at Special Term. Gibbons, J. P., Thompson, Weinstein and Lawrence, JJ., concur.